USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _1-30-20_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAREN DRU JAST,

                Plaintiff,

-against-

MACY'S HERALD SQUARE, ET AL.,

                Defendants.

1:19-cv-8163 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to this Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated: January 30, 2020
      New York, New York

_____
ANDREW L. CARTER, JR.
United States District Judge

COPIES MAILED